FILED

2015 AUG 25 A 9:59
RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE, JANE ROE, and their minor son, JASON ROE,<br><br>Plaintiffs,<br><br>v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT, and DOES 1-25, inclusive<br><br>Defendants. | Case No. C15- 3871<br><br>**ORDER ON EX PARTE APPLICATION TO SEAL FILES** |

    Plaintiffs have submitted an *ex parte* application to have all files in this matter filed under seal and to proceed by way of fictitious names. The basis for this request is that the matter involves the confidential medical, educational, and mental health records on the minor plaintiff. Plaintiffs also have filed a request for a temporary restraining order with their complaint. In light of that request, the Court CONDITIONALLY GRANTS the request to file all records, with the exception of the Complaint and this Order, under seal and to conditionally permit Plaintiffs to proceed by way of fictitious names. Once this matter has been assigned to a Judge for further proceedings, that Judge may revisit this Court's ruling.

    **IT IS SO ORDERED.**

Dated: 8-25-15

                                                                                                JEFFREY S. WHITE
                                                                            United States District Judge