1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    JOHN ROE, et al.,                    Case No. 15-cv-03871-TEH

5                Plaintiffs,              **ORDER DENYING APPLICATION
                                          FOR TEMPORARY RESTRAINING**
6         v.                              **ORDER; SETTING SCHEDULE FOR
                                          PRELIMINARY INJUNCTION**
7    BERKELEY UNIFIED SCHOOL              **BRIEFING; AND REQUIRING**
     DISTRICT,                            **PLAINTIFF TO FILE NARROWLY**
8                                         **TAILORED SEALING REQUESTS**
                Defendant.
9

10

11        Plaintiffs today filed their complaint, application for temporary restraining order,

12   and request to file documents under seal.  First, Plaintiffs request leave to proceed

13   pseudonymously and to file all pleadings under seal except the complaint and a sealing

14   order.  The Court GRANTS the request for leave to proceed pseudonymously but DENIES

15   the request to file all documents under seal.  Requests to file documents under seal "must

16   be narrowly tailored to seek sealing only of sealable material."  Civ. L.R. 79-5(b).

17   Plaintiffs' request to seal all pleadings clearly fails this requirement.  Accordingly,

18   Plaintiffs shall submit a narrowly tailored administrative motion to file under seal, in

19   compliance with Civil Local Rule 79-5(d), no later than **August 31, 2015**.

20        On the merits, Plaintiffs' complaint is based on Defendant's placement of Plaintiff

21   Jason Roe at a particular school for the 2015-16 academic year.  However, the academic

22   year does not begin until September 2, 2015, and Plaintiffs do not even purport to allege

23   that any harm would occur prior to the start of the school year.  Accordingly, the

24   application for a temporary restraining order is DENIED.  Instead, the Court will set an

25   expedited briefing and hearing schedule on a motion for preliminary injunction as follows:

26        1.  Plaintiffs' application for a temporary restraining order will be construed as a

27   motion for preliminary injunction unless Plaintiffs file a new motion for preliminary

28   injunction on or before **August 26, 2015, at 2:00 PM**.

United States District Court
Northern District of California

1       2.      Defendant's opposition shall be filed on or before **August 28, 2015, at 12:00**

2  **noon**.

3       3.      Plaintiffs' reply shall be filed on or before **August 31, 2015, at 12:00 noon**.

4       4.      Oral argument will be held on **September 1, 2015, at 1:30 PM**, in

5  Courtroom No. 2, 450 Golden Gate Avenue, San Francisco, CA 94102.

6

7  **IT IS SO ORDERED.**

8

9  Dated:   08/25/15

10                                                            THELTON E. HENDERSON
                                                             United States District Judge

United States District Court
Northern District of California

2