UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ROE, et al.,

        Plaintiffs,

  v.

BERKELEY UNIFIED SCHOOL DISTRICT,

        Defendant.

Case No. 15-cv-03871-TEH

**ORDER RE: FILING DOCUMENTS UNDER SEAL**

This Court previously granted Plaintiffs' request to proceed pseudonymously but denied their request to file all documents under seal. Docket numbers 3-12 were sealed by the general duty judge, subject to revisiting by this Court. Docket numbers 19-21 and 23 were locked by this Court from public view, but not sealed, after the parties publicly filed documents containing the names of the minor child and his parents.

At the September 1, 2015 hearing, Plaintiffs' counsel acknowledged that redacting identifying information of the student and parents would be sufficient to protect their privacy concerns, and that the documents need not be sealed in their entirety. Accordingly, IT IS HEREBY ORDERED that the parties shall electronically file redacted versions of docket numbers 3-12, 19-21, and 23 on or before **September 11, 2015.** The already filed unredacted versions of these documents shall be maintained under seal.

**IT IS SO ORDERED.**

Dated: 09/02/15

                                                        THELTON E. HENDERSON
                                                        United States District Judge