Paul B. Justi (SBN124727)
LAW OFFICES OF PAUL B. JUSTI
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
T: 925.256.7900
F: 925.256.9204
pbjusti@comcast.net

Attorneys for Plaintiff
JOHN ROE, JANE ROE AND THEIR MINOR SON,
JASON ROE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ROE, JANE ROE AND THEIR MINOR SON, JASON ROE, <br><br>  Plaintiff, <br><br> v. <br><br> BERKELEY UNIFIED SCHOOL DISTRICT; and DOES 1-25, inclusive, <br><br>  Defendants | CASE NO. 3:15-cv-03871 TEH <br><br> **JOINT STATEMENT RE: STATUS AND PROPOSED DISPOSITION OF CASE** |

The parties have agreed on a resolution of this matter, final documentation has been signed by plaintiffs and is being executed by defendant and once the documentation is fully executed, the parties will submit a Stipulation and [Proposed] Order Re: Dismissal, dismissing

///

///

///

///

JOINT STMT RE: STATUS AND PROPOSED DISPOSITION - 1

the action with prejudice, with each side to bear their own costs and attorneys' fees.

Dated: September 8, 2015                LAW OFFICES OF PAUL B. JUSTI


By_____/s/_____
      Paul B. Justi
Attorneys for plaintiffs JOHN ROE, JANE ROE and JASON ROE

Dated: September 8, 2015                FAGEN FRIEDMAN & FULFROST, LLP


By_____/s/_____
      Elizabeth Mori

Attorneys for defendant BERKELEY UNIFIED SCHOOL DISTRICT

# PROOF OF SERVICE

I, Michelle Moore, declare as follows:

I am a resident of the State of California over the age of 18 and not a party to this action. My business address is 1981 N. Broadway, Suite 250, Walnut Creek CA 94596. I served the following document(s):

**JOINT STATEMENT RE: STATUS AND PROPOSED DISPOSITION OF CASE**

The documents were served by the following method(s):

- ☐ **By Facsimile:** I caused a true copy of the foregoing document(s) to be served by facsimile transmission (in accordance with the written confirmation of counsel in this action) at the time shown on each attached transmission report from sending facsimiles machine number (925)256-9204 to each interested party at the facsimile number as shown above. Each transmission was reported complete and without error. A true copy of each transmission report is attached hereto.

- ☐ **By Mail:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

- ☐ **Hand Delivered:** by personally delivering the document(s) listed above to the person(s) at the address (es) set forth below.

- ☒ **Email:** I caused the documents to be sent to the persons at the electronic service address (es) listed below.

- ☐ **Overnight Mail:** I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Addressed to the following person(s):

Elizabeth Mori
Fagen Friedman & Fulfrost LLP
700 Washington Street, Suite 205
Oakland, CA 94607-3795
emori@f3law.com

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

  Executed on September 8, 2015 at Walnut Creek, CA.

*Michelle Moore* (signature)

Michelle Moore