1  Paul B. Justi (SBN124727)
   LAW OFFICES OF PAUL B. JUSTI
2  1981 North Broadway, Suite 250
   Walnut Creek, CA  94596
3  T: 925.256.7900
   F: 925.256.9204
4  pbjusti@comcast.net

5
   Attorneys for Plaintiff
6  JOHN ROE, JANE ROE AND THEIR MINOR SON,
   JASON ROE
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  JOHN ROE, JANE ROE AND THEIR        )   **CASE NO. 3:15-cv-03871 TEH**
    MINOR SON, JASON ROE ,              )
13                                      )
                                        )   **STIPULATION AND [~~PROPOSED~~]**
14        Plaintiff,                    )   **ORDER RE: DISMISSAL**
                                        )
15              v.                      )
                                        )
16                                      )
    BERKELEY UNIFIED SCHOOL             )
17  DISTRICT; and DOES 1-25, inclusive, )
                                        )
18        Defendants                    )
                                        )
19  _____    )

20        WHEREAS, the parties hereto have fully and finally resolved this matter;

21        NOW, THEREFORE, the parties hereto, by and through their respective counsel

22  of record, hereby stipulate as follows:

23        The present action shall be dismissed with prejudice, with each side to bear their

24

25  ///

26  ///

27  ///

28

own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: September 16, 2015                    LAW OFFICES OF PAUL B. JUSTI


By_____/s/_____
                                                      Paul B. Justi

Attorneys for plaintiffs JOHN ROE, JANE
ROE and JASON ROE

Dated: September 16, 2015                    FAGEN FRIEDMAN & FULFROST, LLP


By_____/s/_____
                                                      Elizabeth Mori

Attorneys for defendant BERKELEY UNIFIED
SCHOOL DISTRICT

**ORDER**

Pursuant to the parties' stipulation, the present action is ordered dismissed with

prejudice, with each side to bear their own costs and attorneys' fees.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: September _16_, 2015

HON. THELTON E. HENDERSON,
JUDGE, UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA